# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RONALD L. BRAXTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:11cv199 |
| | § | (Judge Clark/Judge Mazzant) |
| LIFE TIME FITNESS, INC., | § | |
| | § | |
| *Defendant.* | § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED** with prejudice.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED.**

So **ORDERED** and **SIGNED** this **16** day of **August, 2012.**

_____
Ron Clark, United States District Judge